IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NPF FRANCHISING, LLC, | ) | CASE NO. 1:18 CV 277 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| SY DAWGS, LLC, et al., | ) | |
| | ) | **REPORT & RECOMMENDATION** |
| Defendants. | ) | |

*[handwritten: 8/9/18 R&R adopted w/out objection. /s/]*

## Introduction

Before me by referral[1] in the matter of NPF Franchising, LLC's diversity action for breach of contract against SY Dawgs, LLC, et al.,[2] is a motion by the defendants for attorney fees, costs, and expenses[3] arising out this Court's decision denying NPF's motion for a preliminary injunction.[4] NPF opposes the motion[5] and SY Dawgs has replied to that opposition.[6] For the reasons that follow, I recommend that the defendants' motion for attorney fees, costs, and expenses be denied without prejudice.

---

[1] ECF # 71.

[2] ECF # 54 (second amended complaint).

[3] ECF # 59.

[4] ECF # 51 (Order adopting Report and Recommendation at ECF # 48).

[5] ECF # 61.

[6] ECF # 66.