IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NPF FRANCHISING, LLC, | : |
| Plaintiff, | : CASE NO. 1:18-cv-00277 |
| vs. | : Judge Donald C. Nugent |
| SY DAWGS, LLC, et al., | : Magistrate Judge William H. Baughman |
| Defendant. | : |

## AFFIDAVIT OF MAYOR BRADLEY A. STEPHENS, ROSEMONT, ILLINOIS

**STATE OF ILLINOIS** :
: SS
**COUNTY OF COOK** :

I, Bradley A. Stephens, first being duly cautioned and sworn according to law, state as follows:

1. I am Bradley A. Stephens, Mayor of the Village of Rosemont, Illinois ("the Village"). I have held the office of Mayor for the Village since May 1, 2007.

2. I am over the age of 18 and am otherwise competent to give this Affidavit.

3. The facts set forth herein are based on my personal knowledge.

4. The Village owns and operates the Chicago Bandits (the "Bandits").

5. The Bandits are a professional softball team that operates as a franchise in the National Pro Fastpitch League (the "League").

6. The Bandits have played in the League since the 2015 softball season, though the Village became the owner and operator of the Bandits in 2017.

7. SY Dawgs, LLC ("SYD") owned and operated the Scrap Yard Dawgs (the "Dawgs"), which was a franchise team in the League in 2017 when the Village owned and operated the Bandits.

8. Neither the Village nor the Bandits suffered any damage, harm, loss of goodwill, or loss of business as a result of any actions taken by SYD, the Dawgs or any representative thereof during or after the 2017 NPF season.

9. The Village is not aware of any effort by SYD, the Dawgs or any representative thereof to divert business away from the Village or the Bandits during or after the 2017 NPF season.

10. I am aware that a new independent professional softball team called Scrap Yard Fast Pitch ("SYFP") was created in 2018.

11. Neither the Village nor the Bandits has suffered any damage, harm, loss of goodwill, or loss of business as a result of any actions of SYFP or any representative thereof.

12. Neither SYFP nor any representative thereof has attempted to divert business away from the Village or the Bandits.

13. The Village received a subpoena in the above-captioned matter seeking the production of certain documents. Among other requests, the subpoena sought the production of: (1) all documents concerning any damages the Bandits suffered related to SYD's alleged breach of a Non-Compete Agreement and/or Franchise Agreement with NPF Franchising; (2) all documents concerning damages to the Bandits' business and goodwill as a result of SYD's alleged breach of the Non-Compete Agreement and/or Franchise Agreement with NPF Franchising; and (3) all documents concerning SYD's and SYFP's alleged attempt to divert business away from the Bandits.

14. Neither the Bandits nor the Village is in possession of any such documents, because neither the Village nor the Bandits have suffered any damages, harm, loss of business, or loss of goodwill as a result of any actions taken by SYD, SYFP or any representative thereof.

15. Neither the Bandits nor the Village has ever been represented by attorney Alan Hirth or the law firm of Meyers, Roman, Friedberg & Lewis.

16. Neither I nor anyone else on behalf of the Village or the Bandits has ever told NPF Franchising, any related entity, or any representative thereof that the Village or the Bandits suffered damages, harm, loss or business, or loss of good will as a result of actions taken by SYD, SYFP or any representative thereof.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Bradley A. Stephens, Mayor
Village of Rosemont, Illinois

Subscribed and sworn to before me, a Notary Public on this 24th day of August, 2018.

_____
Notary Public



0138212.0657539 4848-8476-0942v1

"OFFICIAL SEAL"
DEBORAH DREHOBL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/23/2022