IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NPF FRANCHISING, LLC, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 1:18-cv-00277 |
| | : | |
| vs. | : | Judge Donald C. Nugent |
| | : | |
| SY DAWGS, LLC, *et al.,* | : | Magistrate Judge William H. Baughman |
| | : | |
| Defendant. | : | |
| | : | |

## DEFENDANTS' NOTICE OF ISSUANCE OF SUBPOENA

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure the undersigned issued, via certified mail, return receipt requested, a Subpoenas Duces Tecum in a Civil Action upon Carol Fox & Associates, c/o Corporation Agents, Inc., 611 S Milwaukee POB 400, Libertyville, IL 60048.

Respectfully submitted,


*/s/ Yazan S. Ashrawi*_____
William M. Harter (0072874)
Yazan S. Ashrawi (0089565)
FROST BROWN TODD LLC
10 West Broad Street, Suite 2300
Columbus, OH  43215
(614) 464-1211 / (614) 464-1737 (fax)
wharter@fbtlaw.com
yashrawi@fbtlaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties who do not receive this filing via the Court's electronic filing system will receive a copy by regular United States mail.

*/s/ Yazan S. Ashrawi* _____
Yazan S. Ashrawi (0089565)
FROST BROWN TODD LLC

0138212.0657539  4850-5782-2850v1