IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NPF FRANCHISING, LLC, | : | |
| Plaintiff, | : | CASE NO. 1:18-cv-00277 |
| vs. | : | Judge Donald C. Nugent |
| SY DAWGS, LLC, *et al.*, | : | Magistrate Judge William H. Baughman |
| Defendant. | : | |

**DEFENDANTS' NOTICE OF FILING AFFIDAVIT OF DON DEDONATIS III, CHIEF EXECUTIVE OFFICER OF USSSA, LLC**

Defendants, by and through its undersigned counsel, hereby give notice to the Court and parties of filing the Affidavit of Don Dedonatis III, Chief Executive Officer of USSSA, LLC, which was provided in response to the subpoena issued to USSSA, LLC. USSSA, LLC is the sole shareholder of Florida Pride, Inc., which owns and operates the Florida Pride professional softball team. A copy of the Affidavit is attached as Exhibit A.

Respectfully submitted,

*/s/ William M. Harter*
William M. Harter (0072874)
Yazan S. Ashrawi (0089565)
FROST BROWN TODD LLC
10 West Broad Street, Suite 2300
Columbus, OH 43215
(614) 464-1211 / (614) 464-1737 (fax)
wharter@fbtlaw.com
yashrawi@fbtlaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing has been served on all parties via their counsel of record through the Court's ECF system this 28th day of February, 2019. For any counsel not registered to receive filings electronically, a copy of the foregoing will be sent via regular U.S. Mail, postage pre-paid.

*/s/ William M. Harter*
William M. Harter (0072874)
FROST BROWN TODD LLC

0138212.0657539  4826-2298-9961v1