## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| NPF Franchising, LLC, <br><br> Plaintiff(s) <br> v. <br><br> SyDawgs LLC, <br><br> Defendant(s). | Date: March 1, 2019 <br><br> Judge Donald C. Nugent <br><br> Court Reporter: None <br><br> Case Number: 1:18 CV 277 |

Status conference held by telephone; counsel for all parties participating. Three discovery motions are outstanding. Court to rule. As will respond to Plaintiff's settlement demand.

Status conference set 4/4/19 @ 10:30 by telephone.

Length of Proceeding: 30

Donald C. Nugent 3/1/19
United States District Judge