## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| NPF Franchising, LLC,<br><br>    Plaintiff(s)<br>v.<br><br>SyDawgs LLC, *et al.*,<br><br>    Defendant(s). | Date:  April 4, 2019<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number: 1:18 CV 277 |

Telephonic status held w/ all counsel participating. There is a motion to Certify Order for an Interlocutory Appeal by (P) and two Motions to Dismiss by Df. The (P) must timely respond and Df to file Reply.

Hearing set 5/23/19 @ 830 AM to allow counsel to present whatever information they believe would be relevant to any pending motion.

All counsel notified of this ORDER

Length of Proceeding: 15 min

Donald C. Nugent 4/4/19
United States District Judge