**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NPF FRANCHISING LLC, | ) | **CASE NO.  1:18 CV 277** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| | ) | **Magistrate Judge William H. Baughman, Jr.** |
| | ) | |
| SY DAWGS, LLC, | ) | **AMENDED MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Motion of Interested Parties J. Patrick Allen, Kathryn B. Fox, Rick A. Waltman, Tracy A. Warren, and Buchalter, A Professional Corporation, to Release and Order Disbursement of Cash Deposit Supersedeas Bond to Defendants in Satisfaction of Judgment Against the Individual Attorneys.  (Docket #279.)  The Motion is GRANTED as follows:

The Clerk is authorized and directed to disburse the funds deposited in the registry of this Court in the amount of $313,000, payable to "JOEL BARTSCH" and mailed or delivered to Defendants' care of "WILLIAM M. HARTER, FROST BROWN TODD LLC, 10 WEST BROAD STREET SUITE 2300, COLUMBUS OHIO 43215."

Upon the Clerk's distribution of the above deposit to Defendants, the Memorandum

Opinion (Docket #262) and Judgment (Docket #263) against the Individual Attorneys in favor of Defendants will be and is fully and completely satisfied and released of record, and the Clerk is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Judgment and Memorandum Opinion as against the Individual Attorneys.

Defendants are not restricted from pursuing any remaining claims they may have against Buchalter, nor does this Order restrict Defendants' ability to seek fees and costs from the Individual Attorneys related to proceedings in the Court of Appeals pursuant to Rule 38 of the Appellate Rules of Civil Procedure, 28 U.S.C. §1912 and/or 28 U.S.C. §1927.

This Amended Memorandum Opinion and Order replaces the Court's Memorandum Opinion and Order dated August 4, 2022, modifying instructions regarding the disbursement of funds as requested by the Finance Department.

IT IS SO ORDERED.

DONALD C. NUGENT
Senior United States District Judge

DATED: _August 25, 2022_